UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LONNIE CLEMONT ENCALADE | CIVIL ACTION |
| VERSUS | NO. 09-2999 |
| SYLVIA THOMAS ET AL. | SECTION "N"(2) |

## **ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 4, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and for failure to state a federal claim.

**IT IS FURTHER ORDERED** that plaintiff's Motions for Temporary Restraining Order are **DENIED**.

New Orleans, Louisiana, this 12th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE